■ In the Matter of JON K. WILKINSON, Petitioner, v PATRICIA B. ADDUCI, as Commissioner of Motor Vehicles, Respondent.—Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination that petitioner refused to consent to a chemical test to determine the amount of alcohol in his blood is supported by substantial evidence. Petitioner has no constitutional right to an attorney at that stage of the proceeding *(see, People v Shaw,* 72 NY2d 1032, 1033) and may not condition his consent to take the test on first consulting with the attorney of his choice *(see, Matter of Smith v Passidomo,* 120 AD2d 599). Here, petitioner refused to submit to the test until it was too late to administer it effectively *(cf., People v Gursey,* 22 NY2d 224, 229). His subsequent consent was irrelevant *(see, Matter of Lundin v Hults,* 29 AD2d 581). (Article 78 Proceeding Transferred by Order of

Supreme Court, Erie County, Rath, Jr., J.) Present—Callahan, A. P. J., Denman, Green, Pine and Davis, JJ.